No. 581, Misc. CRESS v. CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 583, Misc. TOKARCHIK v. CLAUDY, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 584, Misc. STUBBS v. BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 585, Misc. BROOKMAN v. BLALOCK, SUPERINTENDENT, SOUTHWESTERN STATE HOSPITAL OF VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 587, Misc. WOODS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 588, Misc. HICKOX v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 590, Misc. HOWARD v. CLAUDY, WARDEN. Supreme Court of Pennsylvania, Western District. Certiorari denied.

No. 593, Misc. SCHRADER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 595, Misc. CONNORS v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 596, Misc. NEAL v. RANDOLPH, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 598, Misc. WEITZ v. CALIFORNIA. Supreme Court of California. Certiorari denied.